**Fill in this information to identify the case:**

Debtor name  **Parker Medical Holding Company, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-50369-jwc**

☑ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:   Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................  $   0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................  $   4,940,956.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................  $   4,940,956.00
   Note: does not include value of $30,000,000 joint counterclaims

**Part 2:   Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $   3,192,320.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $   2,316.41

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$   1,003,351.71

4.  **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b   $   4,197,988.12

**Fill in this information to identify the case:**

Debtor name  **Parker Medical Holding Company, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-50369-jwc**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.     Accounts receivable***
*Debtors interest in two wholly owned subsidiaries

| 11b. Over 90 days old. | 7,053,069.00 | - | 6,788,580.00 | =.... | **$264,489.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | (Note: est. 2.5%-5% collection; range of $176,326 to $352,000; average above) |

**12.     Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $264,489.00 |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

Valuation method used for current value

Current value of debtor's interest

| Debtor | Parker Medical Holding Company, Inc. | | Case number *(if known)* 22-50369-jwc |
|---|---|---|---|
| | Name | | |

**14.** Mutual funds or publicly traded stocks not included in Part 1
Name of fund or stock:

**15.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1. | Midwest Medical Associates, Inc. (Valuation does not include value of interest in $30MM counterclaims) | 100 % | Asset valuation | $3,176,467.00 |
| 15.2. | Midwest Medical Enterprises, LLC Midwest Medical DME Enterprises, LLC | 100 % | Asset valuation | Value estimated as amount of receivables listed in Part 3 above |
| 15.3. | Midwest Medical Associates, Inc. (value of interest in 15 insurance contracts held by Midwest) | 100 % | Asset Valuation | $1,500,000.00 |

**16.** Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
Describe:

**17.** Total of Part 4.

Add lines 14 through 16. Copy the total to line 83.

| $4,676,467.00 |
|---|

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- [✓] No. Go to Part 6.
- [ ] Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [✓] No. Go to Part 7.
- [ ] Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- [ ] No. Go to Part 8.
- [✓] Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Computer server | Undetermined | No know market value | Unknown |

**42.** Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Debtor    **Parker Medical Holding Company, Inc.**    Case number *(If known)*  **22-50369-jwc**
_____
Name

collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                    | $0.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☑ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

       ☑ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☑ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ☑ Yes Fill in the information below.

                                                                                          **Current value of
                                                                                           debtor's interest**

71.   **Notes receivable**
       Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

| Debtor | **Parker Medical Holding Company, Inc.** | Case number *(If known)* **22-50369-jwc** |
|---|---|---|
| | Name | |

| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
|---|---|---|

First-Citizens Bank v. Parker Medical, et al.
Removed State Court Case
NDGA Bank. AP No. 22-05010

Undetermined

| Nature of claim | 3 Counterclaims alleged jointly by Debtor, Affiliate Midwest & Richard L Parker |
|---|---|
| Amount requested | $30,000,000.00 |

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

$0.00

Add lines 71 through 77. Copy the total to line 90.

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?

☑ No
☐ Yes

Debtor    **Parker Medical Holding Company, Inc.**                              Case number *(if known)* **22-50369-jwc**
_____
Name

| **Part 12:** | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $264,489.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $4,676,467.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,940,956.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92

> **$4,940,956.00**
> (Note: total not including estimated value of 3 jointly alleged counterclaim seeking $30 million in damages)

**Fill in this information to identify the case:**

Debtor name  **Parker Medical Holding Company, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-50369-jwc**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **First-Citizens Bank & Trust Co**<br>Creditor's Name<br><br>**4300 Six Forks Road FCC22**<br>**Raleigh, NC 27609**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Over 90 days old: Accounts Receivable of wholly owned subsidiaries (est. 2.5-5% collectable)** | $3,087,320.00 | $264,489.00 |

Describe the lien
**Promissory Note**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2** **First-Citizens Bank & Trust Co**<br>Creditor's Name<br><br>**4300 Six Forks Road FCC22**<br>**Raleigh, NC 27609**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $105,000.00 | $0.00 |

Describe the lien
**Promissory Note**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Parker Medical Holding Company, Inc.**                                   Case number (if known)   **22-50369-jwc**
_____Name_____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $3,192,320.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| G. Marshall Kent<br>Fox Rothchild LLP<br>999 Peachtree Street, Ste 1500<br>Atlanta, GA 30309 | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Parker Medical Holding Company, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **22-50369-jwc**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Massachusetts Dept. of Revenue**<br>PO Box 7090<br>Boston, MA 02204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,316.41** | **$928.75** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number **4615**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**G. Justin Bankston**<br>**McNair, McLemore, Middlebrooks**<br>389 Mulberry St<br>Macon, GA 31201<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | **$10,000.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>**Compliance Div.-Central Coll.**<br>1800 Century Blvd NE, Ste 9100<br>Atlanta, GA 30345<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| Debtor | **Parker Medical Holding Company, Inc.** | Case number (if known) | **22-50369-jwc** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
2970 Market Street
Philadelphia, PA 19101-7317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449,500.00 |
|---|---|---|---|

**JBA Portfolio, LLC**
720 N. Post Oak Road
Suite 500
Houston, TX 77024

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352,480.70 |
|---|---|---|---|

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive, Ste 4000
Richmond, VA 23233

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,371.01 |
|---|---|---|---|

**Medline Industries Inc.**
Three Lakes Drive
Northfield, IL 60093

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **7777**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Richard L. Parker, Sr.**
656 Ellis Oak Avenue
Suite 101-103
Charleston, SC 29412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Subordinated**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Boxer Property Management Corp**<br>720 N. Post Oak Road<br>Suite 500<br>Houston, TX 77024 | Line **3.4**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Craig G. Kunkes**<br>Robbins Alloy Bellifante<br>500 14th Street, NW<br>Atlanta, GA 30318 | Line **3.5**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Parker Medical Holding Company, Inc.** | | Case number (if known) | **22-50369-jwc** | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Georgia Department of Revenue** **Compliance Div.-Central Coll.** **1800 Century Blvd NE, Ste 9100** **Atlanta, GA 30345** | Line __3.2__ ☐ Not listed. Explain ____ | __ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 2,316.41 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,003,351.71 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 1,005,668.12 |

**Fill in this information to identify the case:**

Debtor name  **Parker Medical Holding Company, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-50369-jwc**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Billing services agreement** | |
| | State the term remaining | **1/1/2023** | **AccQData Network LLC** |
| | List the contract number of any government contract | | **321 North Lake Blvd** **North Palm Beach, FL 33408** |

| | | | |
|---|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Billing services agreement** | |
| | State the term remaining | **1/1/2023** | **Brightree LLC** |
| | List the contract number of any government contract | | **125 Technology Parkway** **Norcross, GA 30092** |

**Fill in this information to identify the case:**

Debtor name __**Parker Medical Holding Company, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**22-50369-jwc**__

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Midwest Medical Assoc., Inc. | 2737 Davis Oaks Place Decatur, GA 30033 | First-Citizens Bank & Trust Co | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | Midwest Medical DME Enterprise | 2737 Davis Oaks Place Decatur, GA 30033 | First-Citizens Bank & Trust Co | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 | Midwest Medical Enterprises | 2737 Davis Oaks Place Decatur, GA 30033 | First-Citizens Bank & Trust Co | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | Peachtree Medical Associates | 2737 Davis Oaks Place Decatur, GA 30033 | First-Citizens Bank & Trust Co | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.5 | Richard L. Parker, Sr. | 656 Ellis Oak Avenue Suite 101-103 Charleston, SC 29412 | First-Citizens Bank & Trust Co | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Parker Medical Holding Company, Inc. | Case number (if known) | 22-50369-jwc |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.6 | Midwest Medical Assoc., Inc. | 2737 Davis Oaks Place Decatur, GA 30033 | JBA Portfolio, LLC | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.7 | Midwest Medical Assoc., Inc. | 2737 Davis Oaks Place Decatur, GA 30033 | AccQData Network LLC | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.8 | Midwest Medical Assoc., Inc. | 2737 Davis Oaks Place Decatur, GA 30033 | Brightree LLC | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __Parker Medical Holding Company, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __22-50369-jwc__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2022 to **Filing Date** | ☐ Operating a business<br>**Upstream Distributions From Wholly Owned Subsidiaries. See**<br>☑ Other  note below. | Unknown |
| **For prior year:**<br>From  1/01/2021 to 12/31/2021 | ☐ Operating a business<br>**Upstream Distributions From Wholly Owned Subsidiaries. See**<br>☑ Other  note below. | $5,993,001.44 |
| **For year before that:**<br>From  1/01/2020 to 12/31/2020 | ☐ Operating a business<br>**Upstream Distributions From Wholly Owned Subsidiaries. See**<br>☑ Other  note below. | $9,226,122.00 |

Note: Debtor wholly owns the wholly owned subsidiaries listed above. For business purposes and tax purposes, Debtor and the subsidiaries accountants prepared consolidated financial records and tax returns for Debtor and and the three affiliates, such that the gross receipts and/or expenses were historically unallocated among the three and affiliates.  Gross receipts/revenue of the three subsidiaries were swept to parent Debtor daily through a bank sweep account program with First-Citizens Bank, such that Debtor's records show unallocated gross revenue that includes three subsidiaries gross revenue.  .

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | Parker Medical Holding Company, Inc. | Case number *(if known)* 22-50369-jwc |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Peachtree Medical Products LLC 2737 Davis Oaks Place Decatur GA 30033 Affiliate | 9/14/2021 | $160,958.04 | First-Citizens Bank applied amount w/o authority to alleged balance due on Promissory Note signed by Debtor and Peachtree Medical Products, LLC |
| 4.2. Richard L. Parker, Sr. 656 Ellis Oak Avenue Suite 101-103 Charleston, SC 29412 Sole Owner/President | 1/20201 - $519,622 2/2021 - $827,092 3/2021 - $568,144 4/2021 - $352,656 5/2021 - $7,389 | $2,274,903.00 | Daily sweep cash management account on line of credit facility to First-Citizens Bank; aggregate payments for each month listed above Guarantor on LOC |
| 4.3. Midwest Medical Associates Inc 2737 Davis Oaks Place Decatur, GA 30033 Wholly owned subsidiary | Same as above 4.2 | $2,274,903.00 | Same as above 4.2 |
| 4.4. Midwest Medical Enterprises 2737 Davis Oaks Place Decatur, GA 30033 Wholly owned subsidiary | Same as 4.2 above | $2,274,903.00 | Same as 4.2 above |
| 4.5. Midwest Medical DME Enterprises 2737 Davis Oaks Plac Decatur, GA 30033 Wholly owned subsidiary | Same as 4.2 above | $2,274,903.00 | Same as 4.2 above |
| 4.6. Richard L. Parker, Sr. 656 Ellis Oak Avenue Suite 101-103 Charleston, SC 29412 Sole Shareholder/President | 2021 | $510,088.90 | Shareholder distribution |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **Parker Medical Holding Company, Inc.**                                    Case number *(if known)*  **22-50369-jwc**

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor  Parker Medical Holding Company, Inc._____  Case number *(if known)* 22-50369-jwc

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Chamberlain Hrdlicka White Williams & Au 191 Peachtree Street, NE 46th Floor Atlanta, GA 30303 | Unsecured advance on behalf of Debtor for attorney retainer not yet applied in any amount | 1/13/2022 | $30,000.00 |
| | Email or website address jimmy.paul@chamberlainlaw.com | | | |
| | Who made the payment, if not debtor? Richard L. Parker Sr | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | JBA Portfolio, LLC 720 N. Post Oak Road Suite 500 Houston, TX 77024 | Lease/rent payment | 2021 - Total amount of monthly rent for year listed | $33,914.00 |
| | Relationship to debtor Former Landlord | | | |
| 13.2. | JBA Portfolio, LLC 720 N. Post Oak Road Suite 500 Houston, TX 77024 | Lease/rent payment | 2020 - Total amount of monthly rent listed | $210,420.00 |
| | Relationship to debtor Former landlord | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2737 Davis Oaks Place Decatur, GA 30033 | 2021-present |

Debtor   **Parker Medical Holding Company, Inc.**                    Case number *(if known)* **22-50369-jwc**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | 2295 Parklake Drive Atlanta, GA 30345 | 2013-2021 |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☑ No Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | First-Citizens Bank & Trust Co 4300 Six Forks Road FCC22 Raleigh, NC 27609 | XXXX-6910 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | Zero balance | $0.00 |
| 18.2. | First-Citizens Bank & Trust Co 4300 Six Forks Road FCC22 Raleigh, NC 27609 | XXXX-7198 | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | Zero balance as of September 30, 2021 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Parker Medical Holding Company, Inc.**                                    Case number *(if known)*   22-50369-jwc

---

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

Debtor   **Parker Medical Holding Company, Inc.**                              Case number *(if known)* **22-50369-jwc**

Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

| | | | Dates business existed | |
|---|---|---|---|---|
| 25.1. | **Midwest Medical Associates Inc**<br>2737 Davis Oaks Place<br>Decatur, GA 30033 | | EIN:      **26-3082691**<br>From-To   **2013-present** | |
| 25.2. | **Midwest Medical Enterp., LLC**<br>2737 Davis Oaks Place<br>Decatur, GA 30033 | **No ongoing busines** | EIN:      **27-1564834**<br>From-To   **2012-2021** | |
| 25.3. | **Midwest Medical DME Enterprises LLC**<br>2737 Davis Oaks Place<br>Decatur, GA 30033 | **No ongoing business** | EIN:      **61-1753163**<br>From-To   **2014-2021** | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **McNair McLemore Middlebrooks**<br>389 Mulberry Street<br>Macon, GA 31201 | **2018-present** |
| 26a.2. | **Richard L. Parker, Sr.**<br>656 Ellis Oak Avenue<br>Suite 101-103<br>Charleston, SC 29412 | **2/2021-present** |
| 26a.3. | **Russell Almond (Deceased former CEO)** | **Deceased 2/2021** |
| 26a.4. | **Tom Gentry (Interim CFO)** | **2/2021-10/2021** |
| 26a.5. | **Susan Oldknow**<br>**Out of Office Accounting**<br>6975 Concord Brook Lane<br>PO BOX 1986<br>Cumming, GA 30028 | **2/2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **NorthView Advisors, LLC**<br>12220 Birmingham Hwy<br>Bldg 30<br>Alpharetta, GA 30004 | **03/2020-08/2020**<br>**See also 26.a.** |

Debtor    **Parker Medical Holding Company, Inc.**                              Case number *(if known)*  **22-50369-jwc**

---

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

Name and address                                                      **If any books of account and records are unavailable, explain why**

26c.1.    **Parker Medical Holding Company**

---

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard L. Parker, Sr. | 656 Ellis Oak Avenue Suite 101-103 Charleston, SC 29412 | Co-Director/President | 100 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Greg Minton | | Co-Director | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Parker Medical Holding Company, Inc.**    Case number *(if known)*  **22-50369-jwc**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Richard L. Parker, Sr.<br>656 Ellis Oak Avenue<br>Suite 101-103<br>Charleston, SC 29412 | **$213,333 - paid through professional employer organization ("PEO")** | 2021 | Salary |
| | **Relationship to debtor**<br>Director/President | | | |
| 30.2. | Greg Minton | **$115,000 - paid through PEO** | 2021 | Salary |
| | **Relationship to debtor**<br>Former Vice President/Director | | | |
| 30.3. | Richard L. Parker, Sr.<br>656 Ellis Oak Avenue<br>Suite 101-103<br>Charleston, SC 29412 | $510,088 | 2021 | Shareholder distribution |
| | **Relationship to debtor**<br>Sole Shareholder/President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☑ Yes. Identify below.

Name of the parent corporation

**Debtor parent of Midwest Medical Associates, Inc.**

Employer Identification number of the parent corporation
Midwest EIN: 26-3082691

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **2 - 8 - 2022**

Signature of individual signing on behalf of the debtor

**Richard L. Parker, Sr.**
Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ☑ No
- ☐ Yes

## LOCAL FORM 5005-7(c)(3)(B)

In re   **Parker Medical Holding Company, Inc.**           Case No.    **22-50369-jwc**

Debtor(s)

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENTS OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury -

(1) My attorney is filing on my behalf

☑ the original of or      ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ *Petition | ☑ Schedule F |
| ☐ List of all Creditors | ☑ Schedule G |
| ☐ *List of 20 largest creditors | ☐ Schedule H |
| ☑ Schedule A | ☐ Schedule I |
| ☑ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☑ *Declaration Concerning Debtor's Schedules |
| ☑ Schedule D | ☑ *Statement of Financial Affairs |
| ☑ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Date   **February 8, 2022**           Signature   **/s/ Richard L. Parker, Sr.**

                                            **Richard L. Parker, Sr.**
                                            **President**

Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s) (or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Date:   **February 8, 2022**           **/s/ Jimmy L. Paul**

                                         Signature of Attorney
                                         **Jimmy L. Paul  567600 GA**

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   Parker Medical Holding Company, Inc.

Debtor(s)

Case No.   22-50369-jwc

Chapter   11

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   February  8, 2022

/s/ Richard L. Parker, Sr.
Richard L. Parker, Sr./President
Signer/Title

AccQData Network LLC
321 North Lake Blvd
North Palm Beach, FL 33408


Boxer Property Management Corp
720 N. Post Oak Road
Suite 500
Houston, TX 77024


Brightree LLC
125 Technology Parkway
Norcross, GA 30092


Craig G. Kunkes
Robbins Alloy Bellifante
500 14th Street, NW
Atlanta, GA 30318


First-Citizens Bank & Trust Co
4300 Six Forks Road
FCC22
Raleigh, NC 27609


G. Justin Bankston
McNair, McLemore, Middlebrooks
389 Mulberry St
Macon, GA 31201


G. Marshall Kent
Fox Rothchild LLP
999 Peachtree Street, Ste 1500
Atlanta, GA 30309


Georgia Department of Revenue
Compliance Div.-Central Coll.
1800 Century Blvd NE, Ste 9100
Atlanta, GA 30345

Internal Revenue Service
PO Box 7346
2970 Market Street
Philadelphia, PA 19101-7317


JBA Portfolio, LLC
720 N. Post Oak Road
Suite 500
Houston, TX 77024


Massachusetts Dept. of Revenue
PO Box 7090
Boston, MA 02204


McKesson Medical-Surgical, Inc
9954 Mayland Drive, Ste 4000
Richmond, VA 23233


Medline Industries Inc.
Three Lakes Drive
Northfield, IL 60093


Midwest Medical Assoc., Inc.
2737 Davis Oaks Place
Decatur, GA 30033


Midwest Medical DME Enterprise
2737 Davis Oaks Place
Decatur, GA 30033


Midwest Medical Enterprises
2737 Davis Oaks Place
Decatur, GA 30033


Peachtree Medical Associates
2737 Davis Oaks Place
Decatur, GA 30033

Richard L. Parker, Sr.
656 Ellis Oak Avenue
Suite 101-103
Charleston, SC 29412

## United States Bankruptcy Court
### Northern District of Georgia

In re    Parker Medical Holding Company, Inc.

Debtor

Case No. ___22-50369-jwc___

Chapter ___11___

## Numbered Listing of Creditors - AMENDED

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | First-Citizens Bank & Trust Co<br>4300 Six Forks Road<br>FCC22<br>Raleigh, NC 27609 | Secured claims<br>Contingent<br>Unliquidated<br>Disputed | 3,087,320.00 |
| 2. | First-Citizens Bank & Trust Co<br>4300 Six Forks Road<br>FCC22<br>Raleigh, NC 27609 | Secured claims<br>Unliquidated<br>Disputed | 105,000.00 |
| 3. | G. Justin Bankston<br>McNair, McLemore, Middlebrooks<br>389 Mulberry St<br>Macon, GA 31201 | Unsecured claims | 10,000.00 |
| 4. | Georgia Department of Revenue<br>Compliance Div.-Central Coll.<br>1800 Century Blvd NE, Ste 9100<br>Atlanta, GA 30345 | Unsecured claims | Unknown |
| 5. | Internal Revenue Service<br>PO Box 7346<br>2970 Market Street<br>Philadelphia, PA 19101-7317 | Unsecured claims | Unknown |
| 6. | JBA Portfolio, LLC<br>720 N. Post Oak Road<br>Suite 500<br>Houston, TX 77024 | Unsecured claims<br>Unliquidated<br>Disputed | 449,500.00 |
| 7. | Massachusetts Dept. of Revenue<br>PO Box 7090<br>Boston, MA 02204 | Priority claims | 2,316.41 |
| 8. | McKesson Medical-Surgical, Inc<br>9954 Mayland Drive, Ste 4000<br>Richmond, VA 23233 | Unsecured claims<br>Disputed | 352,480.70 |
| 9. | Medline Industries Inc.<br>Three Lakes Drive<br>Northfield, IL 60093 | Unsecured claims<br>Disputed | 161,371.01 |
| 10. | Richard L. Parker, Sr.<br>656 Ellis Oak Avenue<br>Suite 101-103<br>Charleston, SC 29412 | Unsecured claims | 30,000.00 |

In re    **Parker Medical Holding Company, Inc.**                                    Case No.    **22-50369-jwc**

Debtor

## DECLARATION

I, Richard L. Parker, Sr., the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date____**February  8, 2022**_____        Signature **/s/ Richard L. Parker, Sr.**_____
                                                                                    **Richard L. Parker, Sr.**
                                                                                    **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

**Fill in this information to identify the case:**

Debtor name   Parker Medical Holding Company, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF
GEORGIA

Case number (if known):    22-50369-jwc

■ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First-Citizens Bank & Trust Co 4300 Six Forks Road FCC22 Raleigh, NC 27609 | | Over 90 days old: Accounts Receivable of wholly owned subsidiaries (est. 2.5-5% collectable) | Contingent Unliquidated Disputed | $3,087,320.00 | $264,489.00 | Unknown |
| G. Justin Bankston McNair, McLemore, Middlebrooks 389 Mulberry St Macon, GA 31201 | G. Justin Bankston jbankston@mmmc pa.com 478-746-6277 | Accounting services | | | | $10,000.00 |
| Georgia Department of Revenue Compliance Div.-Central Coll. 1800 Century Blvd NE, Ste 9100 Atlanta, GA 30345 | Georgia Department of Revenue | | | | | $0.00 |
| Internal Revenue Service PO Box 7346 2970 Market Street Philadelphia, PA 19101-7317 | Internal Revenue Service | | | | | $0.00 |
| JBA Portfolio, LLC 720 N. Post Oak Road Suite 500 Houston, TX 77024 | JBA Portfolio, LLC | Lease | Unliquidated Disputed | | | $449,500.00 |
| Massachusetts Dept. of Revenue PO Box 7090 Boston, MA 02204 | | | | | | $2,316.41 |

| Debtor | Parker Medical Holding Company, Inc. | | Case number *(if known)* | **22-50369-jwc** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| McKesson Medical-Surgical, Inc 9954 Mayland Drive, Ste 4000 Richmond, VA 23233 | McKesson Medical-Surgical, Inc | Pending affiliate lawsuit - amount unknown | Disputed | | | $352,480.70 |
| Medline Industries Inc. Three Lakes Drive Northfield, IL 60093 | | | Disputed | | | $161,371.01 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**LOCAL FORM 5005-7(c)(3)(B)**

In re   Parker Medical Holding Company, Inc.                                      Case No.   22-50369-jwc
                                                Debtor(s)

**DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES,
SUMMARY OF SCHEDULES, AND STATEMENTS OF FINANCIAL AFFAIRS**

Each of the undersigned declares under penalty of perjury -

(1) My attorney is filing on my behalf

☐ the original of or      ☑ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that
are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ *Petition | ☐ Schedule F |
| ☑ List of all Creditors | ☐ Schedule G |
| ☑ *List of 20 largest creditors | ☐ Schedule H |
| ☐ Schedule A | ☐ Schedule I |
| ☐ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☐ *Declaration Concerning Debtor's Schedules |
| ☐ Schedule D | ☐ *Statement of Financial Affairs |
| ☐ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of
perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and
belief.

Date  February 8, 2022                 Signature  /s/ Richard L. Parker, Sr.
                                                  Richard L. Parker, Sr.
                                                  President

Attorney's Certification
    The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s) (or, if the Debtor is an entity,
an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material
change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of
those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the
documents filed with the court simultaneously with this Certification.

Date:  February 8, 2022                 /s/ Jimmy L. Paul
                                        Signature of Attorney
                                        Jimmy L. Paul  567600 GA