UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| PARKER MEDICAL HOLDING | ) | CASE NO. 22-50369 - JWC |
| COMPANY, INC., et al. | ) | JOINTLY ADMINISTERED |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE
AND SETTING OF BOND**

Pursuant to the Order of this Court entered on April 15, 2022 (Doc. No. 69) directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee for Region 21 hereby appoints the following person as Chapter 11 Trustee:

> Mark A. Smith
> Vantage Point Advisory, Inc.
> 5565 Glenridge Connector – Suite 200
> Atlanta, GA 30342
> (404) 643-8410
> mark.smith@vantagepointadvisory.com

The bond of the Chapter 11 Trustee will initially be set at $2,150,000.00.  The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made on April 22, 2022.

                MARY IDA TOWNSON
                UNITED STATES TRUSTEE
                REGION 21

                By: _____/s/_____
                Lindsay P. S. Kolba
                Georgia Bar No. 541621
                United States Department of Justice
                Office of the United States Trustee
                362 Richard B. Russell Building
                75 Ted Turner Drive SW
                Atlanta, Georgia 30303
                Tel.: (202) 360-7746
                lindsay.p.kolba@usdoj.gov