UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| PARKER MEDICAL HOLDING | ) | CASE NO. 22-50369 - JWC |
| COMPANY, INC., et al. | ) | JOINTLY ADMINISTERED |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE

I, Mark A. Smith, the undersigned, pursuant to Federal Rule of Bankruptcy Procedure 2008, do hereby accept the appointment as Chapter 11 Trustee in the above-captioned case.

DATED: April 22, 2022.

/s/ Mark A. Smith
Mark A. Smith
Vantage Point Advisory, Inc.
5565 Glenridge Connector – Suite 200
Atlanta, GA 30342
(404) 643-8410
mark.smith@vantagepointadvisory.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| PARKER MEDICAL HOLDING | ) | CASE NO. 22-50369-JWC |
| COMPANY, INC., et al., | ) | |
| | ) | JOINTLY ADMINISTERED |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Acceptance of Appointment as Chapter 11 Trustee*, using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

This 26th day of April, 2022.

                                            SCROGGINS & WILLIAMSON, P.C.

                                            By: */s/ Matthew W. Levin*
                                                   J. ROBERT WILLIAMSON
                                                   Georgia Bar No. 765214
                                                   MATTHEW W. LEVIN
                                                   Georgia Bar No. 448270

                                            4401 Northside Parkway
                                            Suite 450
                                            Atlanta, Georgia 30327
                                            T: (404) 893-3880
                                            F: (404) 893-3886
                                            E: rwilliamson@swlawfirm.com
                                               mlevin@swlawfirm.com

                                            *Proposed Counsel for the Chapter 11 Trustee*