IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| PARKER MEDICAL HOLDING | ) | CASE NO. 22-50369-JWC |
| COMPANY, INC., et al., | ) | |
| | ) | JOINTLY ADMINISTERED |
| Debtors. | ) | |
| | ) | |

**APPLICATION FOR APPROVAL TO EMPLOY
<u>ATTORNEYS FOR CHAPTER 11 TRUSTEE</u>**

COMES NOW Mark A. Smith, in his capacity as the Chapter 11 Trustee (the "**Trustee**") for the above-captioned debtors[1] (the "**Debtors**") in the above-styled jointly administered cases (collectively, the "**Case**"), and respectfully applies for approval to employ attorneys pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014, retroactive to April 26, 2022.  The grounds for this Application are:

1.

On January 14, 2022 (the "**Petition Date**"), the Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "**Bankruptcy Code**").

2.

On April 15, 2022, the Court entered an Order [Dkt. No. 69] granting, in part, the United States Trustee's Motion to Convert Case or, in the Alternative, for an Order Directing the

---

[1] The Debtors in these jointly administered cases are Parker Medical Holding Company, Inc. (Case No. 22-50369), Midwest Medical Associates, Inc. (Case No. 22-50372) and Peachtree Medical Products, LLC (Case No. 22-50374).

Appointment of a Chapter 11 Trustee [Dkt. No. 37], and directed the appointment of a Chapter 11 Trustee in the Case.

3.

On April 22, 2022, the United States Trustee for Region 21 appointed the Trustee to act as Chapter 11 Trustee for the Debtors' estates [Dkt. No. 72]. On April 26, 2022, the Trustee filed his Acceptance of Appointment as Chapter 11 Trustee [Dkt. No. 73]. The Court then approved the appointment of the Trustee [Dkt. No. 75].

4.

In order to fulfill his duties, the Trustee has determined that he needs to retain legal counsel in the Case, and has retained Scroggins & Williamson, P.C. (the "**Firm**") for that purpose. Attorneys in the Firm are admitted to practice before this Court, are familiar with the Debtors' legal and financial problems, have knowledge and experience in bankruptcy practice, and are well qualified to represent the Trustee.

5.

In order to fulfill his duties during the Case, the Trustee will require professional services from attorneys, including:

 a) Preparation of pleadings and applications;

 b) Conduct of examinations;

 c) Advising the Trustee of his rights, duties and obligations as trustee;

 d) Consulting with the Trustee and representing the Trustee with respect to confirmation of a Chapter 11 plan and/or the liquidation of the Debtors' assets;

 e) Pursuit of litigation, when and if necessary;

 f) Claims analysis and objections to claims as needed;

g) Performing legal services incidental and necessary to the above, including, but not limited to, institution and prosecution of necessary legal proceedings, and general business and corporate legal advice and assistance; and

h) Taking any and all other action incidental to the proper preservation and administration of Debtors' estates.

6.

To the best of the Trustee's knowledge: (a) the Firm represents no interests adverse to the Debtors' estates in the matters upon which the firm is to be engaged for the Trustee; (b) except as otherwise disclosed in the Declaration submitted herewith, the Firm has had no connection with the Debtors, their creditors or any party in interest, or their respective attorneys and accountants, (c) the Firm are disinterested persons under Bankruptcy Code Section 101(14) with regard to the matters upon which they are to be engaged and (d) the Firm's appointment will be in the best interest of the Trustee and the Debtors' estates.

7.

The Trustee desire to employ the Firm at the Firm's ordinary rates for comparable work at this time, plus reasonable expenses, subject to review by the Court. The Firm has stated that its fee rates currently range from $485.00 - $550.00 per hour for attorneys and from $145.00 - $185.00 per hour for paralegals. Rates may be adjusted from time-to-time. The Trustee anticipates that the Firm would seek reasonable compensation based upon the recognized factors. No compensation will be paid by the Trustee to the Firm except upon application to and approval by the Bankruptcy Court after notice and hearing as required by law.

8.

Attached hereto and incorporated herein by reference is the Declaration of a member of the Firm offered in support of this Application.

WHEREFORE, the Trustee prays that he be authorized to employ Scroggins & Williamson, P.C. retroactive to April 26, 2022, as his attorneys in this Chapter 11 Case.

This 27th day of April, 2022.

/s/ Mark A. Smith
MARK A. SMITH, in his capacity as
Chapter 11 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| PARKER MEDICAL HOLDING COMPANY, INC., et al., | ) ) | CASE NO. 22-50369-JWC |
| | ) | JOINTLY ADMINISTERED |
| Debtors. | ) ) | |

**DECLARATION OF J. ROBERT WILLIAMSON IN SUPPORT OF CHAPTER 11'
TRUSTEE'S APPLICATION FOR APPROVAL TO EMPLOY ATTORNEYS**

I, J. Robert Williamson, declare under penalty of perjury as follows:

1.

I am a member of the law firm of Scroggins & Williamson, P.C. (the "**Firm**"), and in that capacity I have personal knowledge of, and authority to speak on behalf of, the Firm with respect to the matters set out herein.  This Declaration is offered in support of the *Application for Approval to Employ Attorneys for Chapter 11 Trustee* in the above-styled jointly administered cases (collectively, the "**Case**") to employ the Firm as attorneys for the Chapter 11 Trustee appointed in the Case (the "**Application**"), and the matters set out herein are true and correct to the best of my knowledge, information and belief.

2.

To the best of my knowledge, neither the Firm nor I have or represent any interest adverse to the Debtors or their estates, or have any material connections with the Debtors, their creditors, any other party in interest or their respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee.   The Firm is disinterested, as that term is defined in 11 U.S.C. § 101(14).

3.

The Firm has no principals, associates or other professional employees who are related to any Judge of the United States Bankruptcy Court for the Northern District of Georgia.

4.

The Firm is not and was not a creditor, an equity security holder or an insider of Debtor.

5.

The Firm is not and was not within two years before the Petition Date, a director, officer or employee of Debtor or of an investment banker of Debtor.

6.

Neither the Firm nor I have agreed to share any compensation or reimbursement received in connection with this engagement with any other person or entity.

7.

Other attorneys of the Firm and I are duly admitted to practice law in the United States District Court for the Northern District of Georgia, among other United States Courts.

8.

The Firm will not expect nor receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

This 27th day of April, 2022.

/s/ J. Robert Williamson
J. ROBERT WILLIAMSON

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Application for Approval to Employ Attorneys for Chapter 11 Trustee*, using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

> Drew Van Devere Greene
> G. Marshall Kent
> Lindsay P. S. Kolba
> Anthony Binford Minter
> Jimmy L. Paul

I further certify that I have served the foregoing document by first class mail to the following parties:

| | |
|---|---|
| Boxer Property Management Corp<br>720 N. Post Oak Road<br>Suite 500<br>Houston, TX 77024 | Craig G. Kunkes<br>Robbins Alloy Bellifante<br>500 14th Street, NW<br>Atlanta, GA 30318 |
| G. Justin Bankston<br>McNair, McLemore, Middlebrooks<br>389 Mulberry St<br>Macon, GA 31201 | Georgia Department of Revenue<br>Compliance Div.-Central Coll.<br>1800 Century Blvd NE, Ste 9100<br>Atlanta, GA 30345 |
| Internal Revenue Service<br>PO Box 7346<br>2970 Market Street<br>Philadelphia, PA 19101-7317 | JBA Portfolio, LLC<br>720 N. Post Oak Road<br>Suite 500<br>Houston, TX 77024 |
| McKesson Medical-Surgical, Inc<br>9954 Mayland Drive, Ste 4000<br>Richmond, VA 23233 | Medline Industries, Inc.<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 |
| Michael Baim, The CKB Firm<br>30 North LaSalle St.<br>Suite 1520<br>Chicago, IL 60602 | Richard L. Parker, Sr<br>656 Ellis Oak Avenue<br>Suite 101-103<br>Charleston, SC 29412 |

| | |
|---|---|
| AccQData Network LLC<br>321 North Lake Blvd<br>North Palm Beach, FL 33408 | Brightree LLC<br>125 Technology Parkway<br>Norcross, GA 30092 |
| Massachusetts Dept. of Revenue<br>PO Box 7090<br>Boston, MA 02204 | Medline Industries Inc.<br>Three Lakes Drive<br>Northfield, IL 60093 |
| The van Halem Group<br>101 Marietta Street NW<br>Suite 2460<br>Atlanta, GA 30303 | Aetna Health Inc.<br>South Region Health Del. Op.<br>11675 Great Oaks Way, 2nd Floor<br>Alpharetta, GA 30022 |
| Aetna Workers Comp Access LLC<br>151 Farmington Ave. RT62<br>Hartford, CT 06156 | BCBSGa/Anthem<br>2221 Edward Holland Dr<br>Mail Drop VA4004-RR11<br>Richmond, VA 23230 |
| Blue Cross Blue Shield AZ<br>2480 West Las Palmaritas Dr<br>Phoenix, AZ 85021 | Blue Cross Blue Shield LA<br>VP, Network Administration<br>PO BOX 98029<br>Baton Rouge, LA 70809 |
| Blue Cross Blue Shield MI<br>Provider Enroll/Data Mgmt.<br>PO BOX 217<br>Southfield, MI 48034 | Blue Cross Blue Shield SC<br>Individual Health Insurance Ex<br>1-20 East Alpine Road<br>Columbia, SC 29219 |
| Bio Compression Systems, Inc<br>120 West Commercial Avenue<br>Moonachie, NJ 07074 | Blue Cross Blue Shield Texas<br>P.O. Box 833840<br>Richardson, TX 75083 |
| Blue Cross of Idaho<br>3000 E. Pine Avenue<br>Meridian, ID 83642 | Blue Cross/Blue Shield TX<br>Blue Essentials<br>P.O. Box 833840<br>Richardson, TX 75083 |
| Blue Shield of California<br>6300 Canoga Avenue<br>7th Floor<br>Woodland Hills, CA 91367 | Care Centrix, Inc.<br>Chief Legal Officer<br>20 Church St<br>Hartford, CT 06103 |

- 2 -

| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | UnitedHealthcare Insurance Co.<br>Attn: CDM/Bankruptcy<br>185 Asylum St - 03B<br>Hartford, CT 06103 |
|---|---|
| UnitedHealthcare of GA, Inc.<br>3720 Da Vinci Court #300<br>Norcross, GA 30092 | Van G. Miller & Assoc./HOMELINK<br>Attn: Craig Douglas<br>PO BOX 18 6 0<br>Waterloo, IA 50704 |

This 27th day of April, 2022.

SCROGGINS & WILLIAMSON, P.C.

By: */s/ Matthew W. Levin*
  J. ROBERT WILLIAMSON
  Georgia Bar No. 765214
  MATTHEW W. LEVIN
  Georgia Bar No. 448270

4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
   mlevin@swlawfirm.com

*Proposed Counsel for the Chapter 11 Trustee*

- 3 -